# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154360(65)

MICHAEL MARTIN,
        Plaintiff-Appellee,

v

MILHAM MEADOWS I LIMITED
PARTNERSHIP and MEDALLION
MANAGEMENT, INC.,
        Defendants-Appellants.
_____/

SC: 154360
COA: 328240
Kalamazoo CC: 2013-000485-NO

        On order of the Chief Justice, the motion of the Insurance Alliance of Michigan to extend the time for filing a brief amicus curiae is GRANTED. The amicus brief will be accepted for filing if submitted on or before November 14, 2017.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2017



Clerk